ORIGINAL

**FILED**

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### PR 06-0422

IN THE MATTER OF THE PETITION OF
KELLY LAMB FOR LEAVE TO SIT FOR
FOURTH BAR EXAMINATION

FILED

DEC 2 7 2023

Bowen Greenwood
Clerk of Sup

**O R D E R**

Kelly Lamb has petitioned for permission to sit for the Montana Bar Examination for the fourth time, in the February 2024 test administration. Rule III(I), Rules of Admission to the Bar of Montana, requires that an applicant who has been unsuccessful in three attempts to take the Bar Exam must obtain permission from the Court to again take the exam, and must "include a study plan and an explanation of the steps taken and to be taken by the applicant to improve the likelihood of the applicant's successful completion of the examination." Lamb's petition satisfies the Rule.

Lamb's petition includes a request to sit for the fast-approaching February 2024 examination. The Bar Admissions Administrator reports that this request can be accommodated. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Kelly Lamb to sit for the Montana Bar Examination a fourth time in February 2024 is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana

DATED this 27 day of December, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2